# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC L. FARRAR, JR., | Civil Action No. 19 – 449 |
| Plaintiff, | |
| v. | Magistrate Judge Lisa Pupo Lenihan |
| ORLANDO HARPER and MICHAEL J. HANDLEY, | |
| Defendants. | |

## ORDER

The Plaintiff in this matter has submitted for filing a complaint without a filing fee or the forms required to proceed *in forma pauperis* in a civil rights case. This action may not proceed unless the Plaintiff either,

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $400.00, or,

(2) files a properly completed application to proceed *in forma pauperis*, along with an authorization form and a certified copy of his prison account statement for the six (6) months preceding the filing of the complaint. An application to proceed *in forma pauperis* and authorization form are enclosed.

Therefore,

**IT IS HEREBY ORDERED** this 23rd day of April, 2019 that the Clerk of Court mark this case **CLOSED**.

1

**IT IS FURTHER ORDERED** that the Plaintiff may submit a motion to proceed *in forma pauperis*, along with a certified copy of the inmate account statement for the six (6) months preceding the filing of the complaint. If that motion is granted, the case will be reopened.

**IT IS FURTHER ORDERED** that the Plaintiff may also reopen this case by paying the $400.00 filing fee.

**AND IT IS FURTHER ORDERED** that the Plaintiff is allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules. Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Eric L. Farrar, Jr.
171063
Allegheny County Jail
950 2nd Ave.
Pittsburgh, PA 15219